# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER SLAUGHTER**                                                              **PLAINTIFF**

**v.**                            **Case No. 4:20-CV-01116-BSM**

**ROBERT JEFFREY,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE